UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SERGIO ALVES DA SILVA, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil No. 25-13326-LTS ) |
| PATRICIA HYDE et al., | ) ) ) |
| Respondents. | ) ) |

JUDGMENT

November 24, 2025

SOROKIN, J.

Pursuant to the Court's Order dated November 14, 2025 (Doc. No. 8), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

All parties shall bear their own fees and costs.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge